# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Lusian, | ) No. CV-05-1399-PHX-DGC (ECV) |
| Petitioner, | ) **ORDER** |
| v. | ) |
| Warden Kimble, et al., | ) |
| Respondents. | ) |

Pending before the Court are Petitioner Jason Lusian's petition for writ of habeas corpus and United States Magistrate Judge Edward C. Voss' Report and Recommendation ("R&R"). Docs. ##1, 16. The R&R recommends that the Court deny the petition because the petition is untimely under 28 U.S.C. § 2244(d)(1), (2). Doc. #16 at 5. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that the failure to timely file objections to any determination of the Magistrate Judge would be considered a waiver of the right to review of such determination. *Id.* at 5 (citing [28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)]).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific

1  written objection has been made[.]"). The Court will accept the R&R and deny the Petition.
2  *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in
3  whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P.
4  72(b) (same).

**IT IS ORDERED:**

1. Magistrate Judge Edward C. Voss' R&R (Doc. #16) is **accepted**.
2. Petitioner Jason Lusian's petition for writ of habeas corpus (Doc. #1) is **denied**.
3. The Clerk of Court shall **terminate** this action.

DATED this 10th day of May, 2006.

David G. Campbell
United States District Judge